**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| ATLANTIC SALMON FEDERATION U.S., CONSERVATION LAW FOUNDATION, MAINE RIVERS, and NATURAL RESOURCES COUNCIL OF MAINE, <br><br> Plaintiffs <br><br> v. <br><br> MERIMIL LIMITED PARTNERSHIP, HYDRO KENNEBEC LLC, BROOKFIELD WHITE PINE HYDRO LLC, and BROOKFIELD POWER US ASSET MANAGEMENT LLC, <br><br> Defendants | Civil Action No. 1:21-cv-00257-JDL |

**STIPULATION OF DISMISSAL**

NOW COME all parties who have appeared in the above-captioned matter, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action without prejudice, and without costs to any party.

Dated at Portland, Maine this 31st day of March, 2023.

/s/  Russell B. Pierce, Jr.
Russell B. Pierce, Jr., Esq.
Joseph M. Mavodones, Esq.

NORMAN, HANSON & DETROY, LLC
Two Canal Plaza
P.O. Box 4600
Portland, Maine 04112-4600

1

(207) 774-7000
rpierce@nhdlaw.com
jmavodones@nhdlaw.com

*Attorneys for Plaintiffs*
Atlantic Salmon Federation U.S.;
Maine Rivers; and
Natural Resources Council of Maine

 /s/ Charles Owen Verrill, Jr.
Charles Owen Verrill, Jr., Esq.
Verrill Advocacy, LLC
Suite M-100
1055 Thomas Jefferson St. NW
Washington, D.C. 20007
(202) 390-8245
charlesverrill@gmail.com

*Attorney for Plaintiffs*
Atlantic Salmon Federation U.S.;
Maine Rivers; and
Natural Resources Council of Maine

/s/  Sean Mahoney
Sean Mahoney, Executive Vice President
Conservation Law Foundation
53 Exchange Street
Portland, ME 04101
(207) 210-6439
smahoney@clf.org

*Attorney for Plaintiff*
Conservation Law Foundation

Dated at Portland, Maine this 31st day of March, 2023.

/s/  Jeffrey D. Talbert
Jeffrey D. Talbert
Matthew S. Warner
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
One City Center, P.O. Box 9546
Portland, ME 04101-9546
(207) 791-3000

2

jtalbert@preti.com
mwarner@preti.com

Matthew W. Morrison*
Shelby L. Dyl*
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, NW
Washington, DC 20036
(202) 663-8036
matthew.morrison@pillsburylaw.com
shelby.dyl@pillsburylaw.com

*Counsel for Defendants The Merimil Limited
Partnership, Hydro Kennebec LLC, Brookfield
White Pine Hydro LLC, and Brookfield Power
US Asset Management LLC*

*Pro hac vice certification submitted

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, I electronically filed this Stipulation of Dismissal

with the Clerk of Court using the CM/ECF system which will send notification of such filing to

all counsel of record.

/s/ Russell B. Pierce, Jr.
Russell B. Pierce, Jr., Esq.
Attorney for Plaintiffs

NORMAN, HANSON & DETROY, LLC
Two Canal Plaza, P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
rpierce@nhdlaw.com